ALLIED STORES CORPORATION *v.* UNITED STATES

No. 5174.—Invoice dated Yokohama, Japan, November 20, 1935. Entered at New York December 27, 1935. Entry No. 780814.

(Decided March 18, 1941)

*Barnes, Richardson & Colburn* (*Hadley S. King* of counsel) for the plaintiff.
*Charles D. Lawrence,* Acting Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

TILSON, Judge: This appeal has been submitted for decision upon a stipulation to the effect that the issue herein and in *United States* v. *Nippon Dry Goods Co.,* Reap. Dec. 5006, is the same; that the appraised value of certain items of the merchandise, less specified additions, represents the proper export value, and that there is no higher foreign value.

On the agreed facts I find and hold the proper dutiable export value of the rayon wearing apparel and the rayon footwear covered by this appeal to be the value found by the appraiser, less any additions made by the importer by reason of the so-called Japanese consumption tax. Judgment will be rendered accordingly.